**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | |
|---|---|
| **TOMMY WILLIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CAUSE NO:  2:22-CV-2283** |
| | ) |
| **INFRASTRUCTURE and ENERGY** | ) |
| **ALTERNATIVES, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Tommy Willis ("Willis"), brings claims against Defendant, Infrastructure and

Energy Alternatives, Inc. ("Defendant"), and states as follows:

### OVERVIEW

1.      This Complaint arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C.

§2000 et. seq. and Section 1981.  Willis contends that he was racially harassed and retaliated

against when he engaged in protected activity challenging the racially-hostile misconduct.

### PARTIES

2.      Willis is an individual who, at all relevant times, worked in Texas.  He

was an employee as defined by 42 U.S.C. §2000e(f).

3.      Defendant has a location in Marion County and lists its principle office in

Vermillion County.  The company is an employer as defined by 42 U.S.C. §2000e(b).

1

## JURISDICTION

4. This Court has jurisdiction over Defendant pursuant to U.S.C. §2000e-5(f)(3) and 28 U.S.C. §1331.

5. Willis exhausted his administrative remedies by timely filing a charge of discrimination with the EEOC. He files this Complaint within ninety (90) days of receipt of his notice of suit rights.

## VENUE

6. Venue is appropriate in the Southern District of Indiana pursuant to 28 U.S.C. § 1391 as all the events arose in the Southern District of Indiana.

## FACTS

8. Willis was hired by Defendant on or about August 2, 2021. He was hired as a Project Manager.

. 9. At all times, Willis contends he met or exceeded the job expectations set for employees by the company.

10. During his employment, Willis was subjected to various acts of racial harassment. He was called pejorative terms by management.

11. On October 1, 2021, Willis reported the racial harassment to successively higher managers.

12. On October 6, 2021, his request to transfer/a promotion was denied.

13. Defendant terminated Willis on October 7, 2021.

14. Willis has suffered financial harm as a result of Defendant's conduct.

## LEGAL COUNTS

2

## COUNT 1: RACE HARASSMENT

15.     Willis incorporates paragraphs 1 – 14 herein.

16.     Willis was subjected to a racially hostile work environment. Willis reported the conduct to management.

17.     Willis was harmed by Defendant's unlawful willful and/or reckless conduct. Defendant violated Title VII and Section 1981.

## COUNT 2: RETALIATION

18.     Willis incorporates paragraphs 1 – 17 herein.

19.     Willis opposed what he reasonably believed was racial harassment, which opposition constitutes protected conduct under the law.

20.     Defendant retaliated against Willis when it terminated his employment 6 days after he made his complaint.

21.     Willis was harmed by Defendant's unlawful willful and/or reckless conduct.  Defendant violated Title VII and Section 1981.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this Court to find in his favor and award him the following relief:

a.      An Order awarding Plaintiff lost income and other damages, including compensatory damages, as provided for by federal law;

b.      An Order awarding Plaintiff punitive damages as provided for by federal law;

c.      An Order awarding Plaintiff the costs of this action;

d.      An Order awarding Plaintiff his attorney's fees;

e.      An Order granting such other and further relief as may be necessary and appropriate.

Respectfully submitted,

s/ Christopher S. Wolcott
Christopher S. Wolcott (#23259-32)
The Wolcott Law Firm LLC
450 East 96th Street, Ste 500
Indianapolis, IN  46240
Tel: (317) 500-0700
Fax: (317) 732-1196
E-Mail:  indy2buck@hotmail.com

Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

Plaintiff, by counsel, demands a trial by jury on all issues deemed so triable.

Respectfully submitted,

/s/ Christopher S. Wolcott
Christopher S. Wolcott (#23259-32)
The Wolcott Law Firm LLC
450 East 96th Street, Ste 500
Indianapolis, IN  46240
Tel: (317) 500-0700
Fax: (317) 732-1196
E-Mail:  indy2buck@hotmail.com

Attorney for Plaintiff

4